```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY PRENDERGAST,

        Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.

        Defendants.

19-CV-7314 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to a conflict on the Court's calendar, the status conference scheduled for September 15, 2020, at 10:00 a.m. is ADJOURNED to **September 21, 2020, at 10:00 a.m.** The parties shall submit their joint status letter, pursuant to the Court's March 3 Order (Dkt. No. 18), no later than **September 14, 2020**.

Dated: New York, New York
       August 19, 2020

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**