

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY PRENDERGAST,

        Plaintiff,

  -against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,

        Defendants.

19-CV-7314 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED:

1. The deadline to complete fact discovery, and all discovery, is EXTENDED to **November 25, 2020**.

2. All other provisions of the Court's March 3 Initial Case Management Order remain in effect. (*See* Dkt. Nos. 18, 19.)

3. The parties are reminded that pre-motion conference letters with respect to summary judgment (or, if none are filed, the parties' proposed joint pretrial order) are due 30 days after the close of discovery.

4. Plaintiff having failed to serve defendant James Sabatelli, and having confirmed to the Court her intent to dismiss Sabatelli as a defendant in this action, plaintiff shall file her notice of voluntary dismissal as to Sabatelli no later than **September 25, 2020**.

Dated:  New York, New York
         September 21, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**