UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ASHLEY PRENDERGAST,

        Plaintiff,

  -against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,

        Defendants.

19-CV-7314 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In its Order dated September 21, 2020, the Court directed plaintiff to file her notice of voluntary dismissal as to defendant James Sabatelli no later than September 25, 2020. (Dkt. No. 24 ¶ 4.) Plaintiff has not yet done so. Plaintiff shall file her notice of voluntary dismissal as to Sabatelli no later than **October 5, 2020**.

Dated: New York, New York
       September 30, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**