USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  ___10/08/2020_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   **ASHLEY PRENDERGAST,**

                     **Plaintiff,**

   **-against-**

   **PORT AUTHORITY OF NEW YORK AND**
   **NEW JERSEY and JAMES SABATELLI,**

                   **Defendants.**

-------------------------------------------------------------x

       **1:19-cv-7314 (ALC)**

       **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Per the Orders issued by the Magistrate Judge, ECF Nos. 24-25, and upon consideration of the

Notice of Voluntary Dismissal filed by Plaintiff, ECF No. 26, it is hereby **ORDERED** that the

case be dismissed as to JAMES SABATELLI pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure.

**SO ORDERED.**

**Dated:**      **October 8, 2020**
            **New York, New York**

                                **HON. ANDREW L. CARTER, JR.**
                                  **United States District Judge**