

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY PRENDERGAST,

    Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,

    Defendants.

19-CV-7314 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Discovery having concluded on November 25, 2020 (*see* Dkt. No. 24), the parties are reminded that pre-motion conference letters with respect to summary judgment (or if none, the parties' proposed joint pretrial order) are due December 28, 2020 (*see* Dkt. No. 18 ¶¶ 11, 12) and shall conform to the individual practices of the district judge.

Dated: New York, New York
       December 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**