

**PORT AUTHORITY NY NJ**

**AIR LAND RAIL SEA**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __1/21/2021__

January 20, 2021

**VIA ELECTRONIC FILING**
Honorable Andrew L. Carter Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

MEMO ENDORSED

Re:   **Ashley Prendergast v. Port Authority of New York and New Jersey**
      **Civil Action No. 19-cv-7314 (ALC) (BCM)** _____

Dear Judge Carter:

This office represents Defendant Port Authority of New York and New Jersey in the above-referenced action. Defendant writes to request a one-week extension of time to file its motion for summary judgment. The current deadline to file a motion for summary judgment is January 22, 2021 pursuant to the Court's December 30, 2020 order. Due to the undersigned's caseload, we are requesting one additional week until January 29, 2021 to file Defendant's opening brief. Plaintiff's counsel consents to this request. This is Defendant's first request for an extension to file a dispositive motion.

We thank the Court for its courtesies and attention to this matter.

Respectfully submitted,

_____/s/ Cheryl Alterman_____
Megan Lee, Esq.
Cheryl Alterman, Esq.
The Port Authority of New York and New Jersey
Law Department
4 World Trade Center
150 Greenwich Street, 24th Floor
New York, New York 10007
(212) 435-3431

**Defendant's request for an extension is hereby GRANTED. The parties' deadlines to file opposition and reply briefs are also extended by one week to February 12, 2021 and February 19, 2021, respectively.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: January 21, 2021

cc: Richard Soto, Esq. (via ECF)