## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ASHLEY PRENDERGAST,

                Plaintiff,                19 **CIVIL** 7314 (ALC)(BCM)

      -against-                **JUDGMENT**

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, ET AL.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2021, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          August 31, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                **BY:**      *K. Mango*

                                                  **Deputy Clerk**